B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Incredible Pets, U.S.A., Inc.**                                    Case No.  **10-38120**

                                                                              Chapter  **11**

*AMENDED 11/22/2010*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tabani Ensenada, LLC<br>16600 N. Dallas Pkwy., Ste. 300<br>Dallas, TX 75248 | | Debt | | $27,190.63 |
| Comptroller of Public Accounts<br>PO Box 149348<br>Austin, TX 78774-9348 | | Sales Taxes | | $25,994.79 |
| Nelson Wholesale<br>PO Box 370<br>Brownwood, TX 76804-0370 | | Debt | | $25,557.26 |
| Affordable Power<br>6161 Savoy Drive, Suite 500<br>Houston, TX 77036 | | Debt | | $16,174.89 |
| Affordable Power<br>6161 Savoy Drive, Suite 500<br>Houston, TX 77036 | | Debt | | $15,439.14 |
| Gary Howard<br>6300 Orchard Hill Drive<br>Arlington, TX 76016 | | Debt | | $14,520.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Incredible Pets, U.S.A., Inc.**              Case No.  **10-38120**

                                                        Chapter  **11**

*AMENDED 11/22/2010*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Affordable Power<br>6161 Savoy Drive, Suite 500<br>Houston, TX 77036 | | Debt | | $12,207.15 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | 941 Taxes | | $12,000.00 |
| TXU<br>PO Box 650638<br>Dallas, TX 75265-0700 | | Debt | | $11,455.44 |
| Windward Partners X, LP<br>c/o Emersons Commercial Mgmt.<br>17776 Preston Road<br>Dallas, TX 75252 | | Debt | | $11,100.00 |
| Affordable Power<br>6161 Savoy Drive, Suite 500<br>Houston, TX 77036 | | Debt | | $11,024.55 |
| Vintage Bank<br>PO Box 557<br>Waxahachie, TX 75168 | | Debt | | $10,345.44 |
| Vintage Bank<br>PO Box 557<br>Waxahachie, TX 75168 | | Debt | | $9,578.96 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Incredible Pets, U.S.A., Inc.**         Case No.  **10-38120**

                                                  Chapter  **11**

*AMENDED 11/22/2010*
### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vintage Bank<br>PO Box 557<br>Waxahachie, TX 75168 | | Debt | | **$8,716.77** |
| Five Lakes LLC<br>6909 McCart Avenue<br>Fort Worth, TX 76133 | | Debt | | **$8,400.00** |
| Vintage Bank<br>PO Box 557<br>Waxahachie, TX 75168 | | Debt | | **$7,666.41** |
| Rolf C. Hagen USA Corp.<br>PO Box 415793<br>Boseon, MA 02241-5793 | | Debt | | **$7,494.30** |
| Lone Star Pet Supply, Inc.<br>PO Box 414<br>Schertz, TX 78154 | | Debt | | **$7,035.87** |
| Tarrant County Tax Collector<br>PO Box 961018<br>Fort Worth, TX 76161-0018 | | Property taxes | | **$6,710.23** |
| Travelers<br>CL Remittance Center<br>Hartford, CT 06183-1008 | | Debt | | **$4,938.25** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Incredible Pets, U.S.A., Inc.**　　　　　　　　　　　　　　Case No. **10-38120**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

*AMENDED 11/22/2010*

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

　I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**11/22/2010**__　　　　　　　Signature: __**/s/ Lammert DeHaan**__
　　　　　　　　　　　　　　　　　　　　　　*Lammert DeHaan*
　　　　　　　　　　　　　　　　　　　　　　**President**