David A. Miller
Julie A. Walker
MILLER MENTZER, P.C.
P.O. BOX 130
100 N. MAIN ST.
PALMER, TEXAS 75152
TELEPHONE: (972) 845-2222
FACSIMILE: (972) 845-3398
JWALKER@MILMEN.COM
ATTORNEYS FOR VINTAGE BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS (DALLAS)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INCREDIBLE PETS, U.S.A., INC. | § | Case No. 10-38120-sgj11 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Miller Mentzer, a Professional Corporation, is appearing for VINTAGE BANK, creditor and party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code, and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                     **Page 1**
Q:\7\7500b\057\Pleadings\Notice of Appearance 101124.docx

Respectfully submitted,

*/s/ Julie A. Walker*_____
David A. Miller
Texas Bar No. 14067025
Julie A. Walker
Texas Bar No. 24012970

MILLER MENTZER, P.C.
P.O. BOX 130
100 N. MAIN ST.
PALMER, TEXAS  75152
TELEPHONE:    (972) 845-2222
FACSIMILE:     (972) 845-3398
JWALKER@MILMEN.COM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of November, 2010 a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers was served via the Court's electronic case filing system (ECF) to all parties receiving ECF notification.

*/s/ Julie A. Walker*
Julie A. Walker